**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **TREMAYNE DURHAM,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CAPITOL HEALTH REGIONAL MEDICAL CENTER, et al.,**<br><br>**Defendants.** | **Civil No. 25-6823 (KMW/EAP)** |

**AMENDED SCHEDULING ORDER**

This Amended Scheduling Order confirms the directives given to the parties at the status conference held pursuant to Federal Rule of Civil Procedure 16 on **October 8, 2026**; and the Court noting the following appearances: **Plaintiff Tremayne Durham**, appearing *pro se*; and **Deputy Attorney General Edwardo Sanchez**, appearing on behalf of Defendants; and for the reasons stated on the record and for good cause shown;

**IT IS** this **8th** day of **October 2026**, hereby **ORDERED**:

1. Plaintiff shall submit to the Court a copy of his subpoena to Capitol Health Regional Medical Center that was served by the United States Marshals Service on September 3, 2026, ECF No. 69.

2. No later than **October 16, 2026**, Defendants shall serve the documents specified in the Court's Order, ECF No. 74, and their response to Plaintiff's deficiency letter.

3. **Dispositive Motions.** Dispositive motions shall be filed with the Clerk of the Court no later than **December 11, 2026**. Opposition to the motion should be served no later than **January 11, 2026**. Any reply brief shall be filed no later than **January 25, 2026**. The parties shall follow Local Civil Rules 7.1, 7.2, 56.1 and 78.1, Motion Practice (generally). This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

4. Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether the opposing parties consent to the application. The scheduling deadlines set herein will not be extended unless good cause is shown. All applications regarding motions returnable before a District Judge shall be presented to the District Judge.

5. The Clerk's Office shall forward a copy of this Order to *pro se* Plaintiff via regular mail and shall enter a notation on the docket indicating the date upon which this Order was mailed to Plaintiff.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc: Hon. Karen M. Williams, U.S.D.J.